**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
AMERICAN EMPIRE SURPLUS LINES
INSURANCE COMPANY,

                Plaintiff,
    -against-                                               25 **CIVIL** 2332 (JPO)

                                                            **JUDGMENT**

ART FX MURALS LLC,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 23, 2025, Defendant's motion to dismiss pursuant to Rule 12(b)(1) is GRANTED. Judgment of dismissal for lack of subject matter jurisdiction under Rule 12(b)(1) is entered; accordingly, the case is closed.

**Dated:** New York, New York

      September 24, 2025

                                                       **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                              **BY:**                  *K. Mango*

                                                        **Deputy Clerk**